66 A.3d 1251

IN THE MATTER OF GARY L. MASON, AN ATTORNEY
AT LAW (ATTORNEY NO. 034001990).

May 29, 2013.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), on the granting of a motion for discipline by consent (DRB 12–176) of **GARY L. MASON** of **MANALAPAN,** who was admitted to the bar of this State in 1990;

And the District IX Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 3.4(g) (threatening to present criminal charges to obtain an improper advantage in a civil matter);

And the parties having agreed that respondent's conduct violated *RPC* 3.4(g), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. IX–2012–0005E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **GARY L. MASON** of **MANALAPAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.